USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE DISTRICT COUNCIL NO. 9 )
PAINTING INDUSTRY INSURANCE FUND and ) Index No.: 19-CIV-9096 (VB)
TRUSTEES OF THE DISTRICT COUNCIL NO. 9 )
PAINTING INDUSTRY ANNUITY FUND and )
TRUSTEES OF THE DISTRICT COUNCIL NO. 9 )
FINISHING TRADES INSTITUTE and TRUSTEES )
OF THE INTERNATIONAL UNION OF PAINTERS ) DEFAULT JUDGMENT
AND ALLIED TRADES NATIONAL PENSION )
FUND and THE DISTRICT COUNCIL NO. 9 )
INTERNATIONAL UNION OF PAINTERS AND )
ALLIED TRADES, )
                     Plaintiffs, )
    -against- )
 )
BILTMORE GENERAL CONTRACTORS, INC., )
 )
                  Defendant. )

---

This action having been commenced on October 1, 2019 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the Defendant, Biltmore General Contractors, Inc. on October 3, 2019 via Secretary of State of New York and having been filed with the Clerk of the Court on October 7, 2019 and the Defendant not having appeared, answered or otherwise moved with respect to the Complaint within the time allowed by law, and the time for appearing, answering or otherwise moving having expired it is,

ORDERED, ADJUDGED AND DECREED: that the Plaintiffs have judgment against Defendant in the liquidated amount of Thirty Eight Thousand One Hundred and Seventy Four Dollars and Two Cents ($38,174.02), which includes the following: benefit fund contributions due and owing in the sum of $10,146.02 for the unpaid audit for the period January 1, 2017 through September 30, 2018; $18,045.29 in unpaid benefits for the period week ending February 21, 2017 through April 11, 2017 and week ending October 9, 2018 through February 26, 2019;

interest calculated at 2% above prime per annum through to September 30, 2018 in the sum of $462.13 for the period January 1, 2017 through September 30, 2018; interest calculated at 2% above prime per annum through to August 31, 2019 in the sum of $1,405.32 for the period week ending February 21, 2017 through April 11, 2017 and week ending October 9, 2018 through February 26, 2019; liquidated damages calculated at 20% of the principal amount owed to the ERISA Benefit Funds in the sum of $2,029.20 for the period January 1, 2017 through September 30, 2018; liquidated damages in the sum of $3,609.06 calculated at 20% of the principal amount owed to the ERISA Benefit Funds for the period week ending February 21, 2017 through April 11, 2017 and week ending October 9, 2018 through February 26, 2019; attorneys' fees in the sum of $2,015.00; plus court costs and disbursements of this action in the sum of $462.00.

ORDERED, that the Judgment rendered by the Court on this day in favor of the Plaintiffs be entered as a final judgment against Defendant and the Clerk of the Court is directed to enter such judgment forthwith.

Dated: White Plains, New York
Jan. 17, ~~2019~~ 2020

So Ordered:

_____
Honorable Vincent Briccetti, U.S.D.J.